JENNER & BLOCK LLP
Matt D. Basil (Ill. Bar No. 6242487, admitted *pro hac vice*)
mbasil@jenner.com
Willie E. Wilder (Ill. Bar No. 6326465, admitted *pro hac vice*)
wwilder@jenner.com
353 N. Clark St.
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Christopher J. Rillo (Cal. Bar No. 112009)
crillo@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Attorneys for Defendant
ALIGHT SOLUTIONS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NAOMI BERMAN,<br><br>Plaintiff,<br><br>v.<br><br>ESTEE LAUDER, INC. THE ESTEE LAUDER INC. EMPLOYEE BENEFITS COMMITTEE, ALIGHT SOLUTIONS, LLC and STATE STREET BANK & TRUST CO.,<br><br>Defendants. | Case No. 4:19-cv-06489-JST<br><br>**NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT ALIGHT SOLUTIONS, LLC**<br><br>Judge Jon S. Tigar |

**NOTICE OF CHANGE OF COUNSEL FOR DEFENDANT ALIGHT SOLUTIONS, LLC**

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that, pursuant to Local R. 5-1(c)(2)(C), and per the Court's text-only order dated January 14, 2020 (ECF No. 24), Willie E. Wilder is hereby withdrawn as counsel of record for Defendant Alight Solutions, LLC in this matter. Please update the ECF notification as well.

Dated: January 15, 2020

**JENNER & BLOCK LLP**

*/s/* Willie E. Wilder

Willie E. Wilder

**Attorney for Alight Solutions LLC**