| | |
|---|---|
| 1 | Teresa S. Renaker – CA State Bar No. 187800 |
| | Margo Hasselman Greenough – CA State Bar No. 228529 |
| 2 | Kirsten G. Scott – CA State Bar No. 253464 |
| | RENAKER HASSELMAN SCOTT LLP |
| 3 | 235 Montgomery Street, Suite 944 |
| | San Francisco, CA 94104 |
| 4 | Telephone: (415) 653-1733 |
| | Facsimile: (415) 727-5079 |
| 5 | teresa@renakerhasselman.com |
| | margo@renakerhasselman.com |
| 6 | kirsten@renakerhasselman.com |

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

NAOMI BERMAN,

    Plaintiff,

    vs.

ESTEE LAUDER INC., THE ESTEE LAUDER INC. EMPLOYEE BENEFITS COMMITTEE, ALIGHT SOLUTIONS LLC, and STATE STREET BANK & TRUST CO.,

    Defendants.

Case No. 4:19-cv-06489-JST

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES; [PROPOSED] ORDER THEREON**

WHEREAS, the parties have reached a settlement in principle; and

WHEREAS, the parties will require several weeks to formalize their settlement and complete certain actions required by the agreement, and the parties expect to be in a position to dismiss the case no later than April 10, 2020; and

WHEREAS, pursuant to the Clerk's Notice Setting Case Management Conference (ECF 10), a Case Management Conference is on the Court's calendar for March 17, 2020, at 2:00 p.m., with a Joint Case Management Conference Statement due March 10, 2020;

NOW, THEREFORE, the parties stipulate and request that the above-referenced dates be vacated and that the Court set a deadline of April 10, 2020, for the parties to either dismiss the case or submit a joint status report.

SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: March 2, 2020 | RENAKER HASSELMAN SCOTT LLP |
| 2 | | By: */s/ Teresa S. Renaker* |
| 3 | | Teresa S. Renaker<br>Attorneys for Plaintiff |
| 5 | Dated: March 2, 2020 | JACKSON LEWIS P.C. |
| 6 | | By: */s/ Donald P. Sullivan* |
| 7-9 | | Donald P. Sullivan<br>Attorneys for Defendants Estee Lauder Inc. and The Estee Lauder Companies Inc. Employee Benefits Committee |
| 10 | Dated: March 2, 2020 | JENNER & BLOCK LLP |
| 11 | | By: */s/ Matt D. Basil* |
| 12-13 | | Matt D. Basil<br>Attorneys for Defendant Alight Solutions LLC |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Teresa S. Renaker*
Teresa S. Renaker

**[PROPOSED] ORDER**

Pursuant to stipulation, all pending dates are vacated. No later than April 10, 2020, the parties shall submit either a stipulation of dismissal or a joint status report.

IT IS SO ORDERED.

Dated: _____    _____
JON S. TIGAR
United States District Judge