| | |
|---|---|
| 1 | Teresa S. Renaker – CA State Bar No. 187800 |
| | Margo Hasselman Greenough – CA State Bar No. 228529 |
| 2 | Kirsten G. Scott – CA State Bar No. 253464 |
| | RENAKER HASSELMAN SCOTT LLP |
| 3 | 505 Montgomery Street, Suite 1125 |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 653-1733 |
| | Facsimile: (415) 727-5079 |
| 5 | teresa@renakerhasselman.com |
| | margo@renakerhasselman.com |
| 6 | kirsten@renakerhasselman.com |
| 7 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

NAOMI BERMAN,

    Plaintiff,

vs.

ESTEE LAUDER INC., THE ESTEE LAUDER INC. EMPLOYEE BENEFITS COMMITTEE, ALIGHT SOLUTIONS LLC, and STATE STREET BANK & TRUST CO.,

    Defendants.

Case No. 4:19-cv-06489

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Naomi Berman and Defendants Estee Lauder Inc., the Estee Lauder Inc. Employee Benefits Committee, and Alight Solutions LLC, by and through their respective attorneys of record, hereby stipulate that this matter be dismissed with prejudice as to all named defendants, with each party to bear her or its own costs of suit and attorneys' fees.

SO STIPULATED.

Dated: April 15, 2020                RENAKER HASSELMAN SCOTT LLP

                                      By:    */s/ Teresa S. Renaker*
                                                 Teresa S. Renaker

                                            Attorneys for Plaintiff

//

| | | |
|---|---|---|
| Dated: April 15, 2020 | | JACKSON LEWIS P.C. |
| | By: | */s/ Donald P. Sullivan* <br> Donald P. Sullivan |
| | | Attorneys for Defendants Estee Lauder Inc. and The Estee Lauder Companies Inc. Employee Benefits Committee |
| Dated: April 15, 2020 | | WILKIE FARR & GALLAGHER LLP |
| | By: | */s/ Matt D. Basil* <br> Matt D. Basil |
| | | Attorneys for Defendant Alight Solutions LLC |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Teresa S. Renaker*
Teresa S. Renaker